Dismissed and Memorandum Opinion filed June 19, 2003









Dismissed and Memorandum Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01029-CV

____________

 

MELISSA LOUISE BROWN, Appellant

 

V.

 

BAYKO, GIBSON, CARNEGIE, HAGAN,
SCHOONMAKER & MEYER, L.L.P., Appellee

 



 

On Appeal from the 151st District Court

 Harris County, Texas

Trial
Court Cause No.  00-02639

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 12, 2002.  On June 11, 2003, the parties  filed a motion to dismiss the appeal
because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.       

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 19, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.